# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

Linda Hoffman, Debtor(s)
103 Gracey Street
Edison New Jersey 08817
(732) 236-0186 Phone
Siegel51@Yahoo.com

**FILED**
JEANNE A. NAUGHTON, CLERK

AUG 1 8 2025

U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY

IN RE:    Linda Hoffman

**Case No.: 25-12839**

Debtor(s)

SSN / ITIN: xxx-xx-5856

Chapter 13 Debtor(s)

## Objection to Proof of Claim

I, Debtor Linda Hoffman, objects to Poof of claim filed by Wells Fargo, Logs Legal Group and Brock and Scott, for the following reasons:

1. The proof of claim are false claims pursuant to 18 U.S.C. 152(4) subsection 4 or section 152.

2. Wells Fargo, Logs Legal Group and Brock and Scott, has filed false judgments and false claims against me for mortgages that were never mine. These were shown on my credit report, there are fake accounts which I believe Wells Fargo have furnished to the credit reporting agencies that were established and opened these accounts without my knowledge.

3. For many years, Wells Fargo, Logs Legal Group and Brock and Scott have been fraudulently foreclosing on my home for these fake accounts. *See* also attached hereto I am including the supporting documents as **Exhibit A**.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, that I am subject to punishment.

_Linda Hoffman_
Linda Hoffman

Dated: _Aug. 5th 2025_

1

Certificate of Service: I, Linda Hoffman, hereby certify a true and correct copy of the above and forgoing document was served on this _____ day of _____ to all affected creditors and parties in interest not receiving electronic notification.

Linda Hoffman

Dated: 08/05/2025

# EXHIBIT A

State of New Jersey
ss.:
County of Middlesex

## AFFIDAVIT OF LINDA HOFFMAN

Before me, in and for said state, personally appeared Linda Hoffman who being by me duly sworn (or affirmed) deposes and says that:

I am of age over 18 of sound mind, and make this affidavit based on my personal knowledge of the averments made herein.

1).    I am Plaintiff Linda Hoffman, an individual, a citizen of the State of New Jersey.

2).    Defendant Wells Fargo Bank, N.A., upon information and belief, is an individual, a citizen of the State of New Jersey and has its principal place of business in the State of New Jersey, Middlesex.

3).    Defendant Brock & Scott, PLLC, upon information and belief, is a corporation, which is incorporated under the laws of the State of New Jersey and has its principal place of business in the State of New Jersey, Middlesex.

3).    Defendant LOGGS LEGAL GROUP, LLP, upon information and belief, is a corporation, which is incorporated under the laws of the State of New Jersey and has its principal place of business in the State of New Jersey, Middlesex.

## STATEMENT OF CLAIM AND CAUSE OF ACTION

4).    Defendant Brock & Scott, PLLC, LOGGS LEGAL GROUP and Wells Fargo Bank, N.A., has caused a fraudulent foreclosure on Plaintiff and on Plaintiff's property located at 103 Gracey Street, Edison, New Jersey 08817.

5).    I open an equity line of credit in 2004 and 2005 with Wachovia Bank, and established a mortgage with Astroria Federal, that included home insurance and property taxes in the monthly payments. I paid my mortgage off with Astoria Federal in 2012. The equity line and equity loan were in 2nd and 3rd place, without a mortgage with Wachovia Bank or Wells Fargo.

6).    Edison Township Tax Office made errors with my Tax credit from my mortgage Co. Astoria Federal. Edison Tax Office sent me billing for my taxes; to be paid or I would be part in a tax sale. I paid both before the due date with the requested certificates. And before the date of the Lis pending. All along form 20214 to present, I have been in a Tax Lien foreclosure. And all the funds that I have paid on my equity line of credit and my equity loan were never credited to my accounts.

7).    As I discovered later in my credit report, there were several other loans opened on me the same day I opened the equity line of credit with Wachovia in 2004 including a mortgage. Also, when I opened the equity loan with Wachovia in 2005 other loans were opened the same day also a mortgage. All this information is on my home lien search. As you can see the fake mortgages are on there and not my home equity line of credit or my home equity loan.

9).    Wells Fargo document admits to these fake mortgages. Wells Fargo also took cash advances on my equity line of credit and my equity loan. As you can see, in 2014 I was put in a fraudulent tax lien foreclosure with a fraudulent mortgage account. And in 2023 I was put in another fraudulent tax foreclosure with fraudulent mortgage. I was never foreclosed on my line of credit or my equity loan they were never recorded on my lien search. While in bankruptcy with Mr. Straffie, Wells Fargo put many claims in against me without account numbers.

9).    Attached, please find proof as evidence which includes the Plaintiff's credit report that show the Defendant(s) Brock & Scott, PLLC and Wells Fargo Bank, N.A; as of this date this writing, are not a Creditor who is the owner of said account(s) or owed on said account(s) ending in 2390 and 9339 and 0024 any dollar amount payments from the Plaintiff; Record Owner and Lien Search, Certification in support motion for order vacating automatic stay and allow prospective relief, Hayt, Hayt & Landau, LLC letter, Office of the standing chapter 13 trustee, Wells Fargo Account Summary, Letter from Brock & Scott PLLC dated Oct. 3, 2023, Wells Fargo letter dated Oct. 6, 2023, May 12, 2025, May 21, 2025, Letter from LOGS LEGAL GROUP, dated June 7, 2024, all this information is Plaintiff's proof and is marked as **Exhibit A** hereto.

## RELIEF

7).    The Defendant(s) has caused two (2) lien mortgage and a lis pendence in 2014 on Plaintiff's property located at 103 Gracey Street, Edison, New Jersey 08817, and pursued legal action against Plaintiff to recover the said debt through litigation in a foreclosure action under F-11226-23 and F-2038-14 in the Chancery Division court that is untenable. Plaintiff seeks the Defendant(s) to remove the liens and lis pendence on Plaintiff's property located at 103 Gracey Street, Edison, New Jersey 08817 and stop trying to collect a debt that is not owed to Defendant(s) by Plaintiff, that is also time barred. And a wrongful foreclosure, due their many fack account(s) that were opened against me and have filed false judgments.

8).    The Plaintiff Linda Hoffman also seeks damages $500,000.00 caused by Defendant Brock & Scott, PLLC, LOGGS LEGAL GROUP and Wells Fargo Bank, N.A.; accountable for Defendant(s) involvement of negligence and illegal attempts to collect on a debt after the six-year period N.J.S.A. 2A:14-1 or under N.J.S.A 12A:3-118, against Plaintiff Linda Hoffman.

On this _____/_____ day of _Avgust_ . Linda Hoffman personally appeared, personally known to me, or provided to me based on satisfactory evidence to be the one whose name is subscribed to the within instrument.

_Linda a Hoffman_
Linda Hoffman

Witness my hand and official seal.

_Valley yobre_    _08/01/25_
Signature of Notary



Experian | report number 0561-4605-21 | March 09, 2016 | Print | Close window

Between Sep 2014 and Jan 2016, your credit limit/high balance was $175
Sep 2014: $175 / No data / No data
Oct 2014: $175 / No data / No data
Nov 2014: $175 / No data / No data
Dec 2014: $175 / No data / No data
Jan 2015: $175 / No data / No data
Feb 2015: $175 / No data / No data
Mar 2015: $175 / No data / No data
Apr 2015: $175 / No data / No data
May 2015: $175 / No data / No data
Jun 2015: $175 / No data / No data
Jul 2015: $175 / No data / No data
g 2015: $175 / No data / No data
p 2015: $175 / No data / No data / No data/MLA PLFRMAN

**Account name**
WELLS FARGO BANK

**Account number**
6806882762390...

**Recent balance**
$76,168 as of
02/28/2016

**Date opened**
05/2005

PO BOX 3117
WINSTON SALEM, NC 27102
No phone number available
**Address identification number**
0017174398.

**Type**
Home Equity
**Terms**
180 Months

**On record until**
Nov 2017

**Credit limit or original amount**
$100,565
**High balance**
$0
**Monthly payment**
$838
**Recent payment amount**
$0

**Date of status**
12/2016
**First reported**
08/2010
**Responsibility**
Individual

**Status**
Foreclosure
proceedings current
$46,573 past due as
of Feb 2016
**Comment**
Foreclosure proceedings started.

*This was a mortgage not (Mine)* [handwritten]

## Account history

| | 2016 | | | | 2015 | | | | | | | | | | | | 2014 | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Feb FS | Jan FS | Dec FS | Nov 190 | Oct 180 | Sep 180 | Aug 180 | Jul 180 | Jun 180 | May (-) | Apr (-) | Mar (-) | Feb 30 | Jan 180 | Dec 180 | Nov 180 | Oct 180 | Sep 180 | Aug 180 | Jul 180 | Jun 180 | May 150 | Apr 180 | Mar 120 | Feb 90 | Jan 180 |
| | 2013 | | | | | | | | | | | | | 2012 | | | | | | | | | | | | | 2011 | | | | | |
| | Feb FS | Jan FS | Dec 190 | Nov 190 | Oct 180 | Sep 180 | Aug 120 | Jul 120 | Jun 60 | May (-) | Apr 60 | Mar 90 | Feb 120 | Jan 120 | Dec OK | Nov OK | Oct OK | Sep OK | Aug OK | Jul OK | Jun OK | May OK | Apr OK | Mar OK | Feb OK | Jan OK | Dec OK | Nov OK | Oct OK | Sep OK | Aug OK | Jul OK | Jun OK |
| | Oct 150 | Sep 120 | Aug 120 | Jul 120 | Jun 90 | May 60 | Apr 30 | Mar 30 | Feb 30 | Jan 30 | Dec 30 | Nov 30 | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | May 180 | Apr 180 | Mar 180 | Feb 180 | Jan 180 | Dec 150 | Nov 150 |

Foreclosure proceedings started as of Feb 2016, Jan 2016, Dec 2015
180 days past due as of Feb 2016, Jan 2016, May 2014 to Dec 2015, Nov 2011 to Feb 2014
150 days past due as of Oct 2011
120 days past due as of Sep 2011, Jul 2011, Jun 2011
120 days past due as of Aug 2011, May 2011

**experian**

days past due as of Mar 2014, Feb 2013 DEC 2012 DEC 2011 MAN | Report number 0851-8565-51 | March 08, 2016 | Print | Close window

## Balance History

The following data will appear in the following format:
Date: account balance / date payment received / scheduled payment amount / actual amount paid

Mar 2014: $76,188 / Aug 08, 2011 / $838 / No data
The original amount of this account was $100,565.

| Field | Value |
|---|---|
| Apr 2014: | $76,188 / Aug 08, 2011 / $838 / No data |
| May 2014: | $76,188 / Aug 08, 2011 / $838 / No data |
| Jun 2014: | $76,188 / Aug 08, 2011 / $838 / No data |
| Jul 2014: | $76,188 / Aug 08, 2011 / $838 / No data |
| Aug 2014: | $76,188 / Aug 08, 2011 / $838 / No data |
| Sep 2014: | $76,188 / Aug 08, 2011 / $838 / No data |
| Oct 2014: | $76,188 / Aug 08, 2011 / $838 / No data |
| Nov 2014: | $76,188 / Aug 08, 2011 / $838 / No data |
| Dec 2014: | $76,188 / Aug 08, 2011 / $838 / No data |
| Jan 2015: | $76,188 / Aug 08, 2011 / $838 / No data |
| Feb 2015: | $76,188 / Aug 08, 2011 / $838 / No data |
| Mar 2015: | $76,188 / Aug 08, 2011 / $838 / No data |
| Apr 2015: | $76,188 / Aug 08, 2011 / $838 / No data |
| May 2015: | $76,188 / Aug 08, 2011 / $838 / No data |
| Jun 2015: | $76,188 / Aug 08, 2011 / $838 / No data |
| Jul 2015: | $76,188 / Aug 08, 2011 / $838 / No data |
| Aug 2015: | $76,188 / Aug 08, 2011 / $838 / No data |
| Sep 2015: | $76,188 / Aug 08, 2011 / $838 / No data |
| Oct 2015: | $76,188 / Aug 08, 2011 / $838 / No data |
| Nov 2015: | $76,188 / Aug 08, 2011 / $838 / No data |
| Dec 2015: | $76,188 / Aug 08, 2011 / $838 / No data |
| Jan 2016: | $76,188 / Aug 08, 2011 / $838 / No data |

**Account name**
WELLS FARGO BANK

PO BOX 3117
WINSTON SALEM, NC 27102
No phone number available
Address identification number
0017174398

**Account number**
681881663939....

**Type**
Home Equity
**Terms**
NA
( On record until
Jul 2018 )

**Recent balance**
$76,318 as of
02/28/2016

**Credit limit or
original amount**
$100,000
**High balance**
$90,141
**Monthly payment**
$206
**Recent payment
amount**
$0

**Date opened**
05/2004

**Date of status**
12/2015
**First reported**
04/2011
**Responsibility**
Individual

**Status**
Foreclosure
proceedings started.
$76,318 past due as of
Mar 2014.

**Comment**
Foreclosure proceedings started.

This is ? Question
?MS

**experian**

**Account name**
WELLS FARGO

**Account number**
43865421 1287....

**Recent balance**
Not reported

**Date opened**
08/2004

**Status**
Closed

**Balance history**

The following data will appear in the following format:
Date: account balance / date payment received / scheduled payment amount / actual amount paid

Jan 2016: $78,318 / Aug 06, 2011 / $206 / No data
Dec 2015: $78,318 / Aug 06, 2011 / $190 / No data
Nov 2015: $78,318 / Aug 06, 2011 / $190 / No data
Oct 2015: $78,318 / Aug 06, 2011 / $190 / No data
Sep 2015: $78,318 / Aug 06, 2011 / $190 / No data
Aug 2015: $78,318 / Aug 06, 2011 / $190 / No data
Jul 2015: $78,318 / Aug 06, 2011 / $190 / No data
Jun 2015: $76,318 / Aug 06, 2011 / $190 / No data
May 2015: $76,318 / Aug 06, 2011 / $190 / No data
Apr 2015: $76,318 / Aug 06, 2011 / $190 / No data
Mar 2015: $76,318 / Aug 06, 2011 / $190 / No data
Feb 2015: $76,318 / Aug 06, 2011 / $190 / No data
Jan 2015: $76,318 / Aug 06, 2011 / $190 / No data
Dec 2014: $76,318 / Aug 06, 2011 / $190 / No data
Nov 2014: $76,318 / Aug 06, 2011 / $190 / No data
Oct 2014: $76,318 / Aug 06, 2011 / $190 / No data
Sep 2014: $76,318 / Aug 06, 2011 / $190 / No data
Aug 2014: $76,318 / Aug 06, 2011 / $190 / No data
Jul 2014: $76,318 / Aug 06, 2011 / $190 / No data
Jun 2014: $76,318 / Aug 06, 2011 / $190 / No data
May 2014: $76,318 / Aug 06, 2011 / $190 / No data
Apr 2014: $76,318 / Aug 06, 2011 / $180 / No data
Mar 2014: $78,318 / Aug 06, 2011 / $180 / No data
Between Mar 2014 and Jan 2016, your credit limit/high balance was $100,000

Foreclosure proceedings started as of Feb 2016, Jan 2016, Dec 2015, Nov 2013, Oct 2013, Sep 2013, Aug 2013
180 days past due as of Feb 2016, Jan 2016, Dec 2015, Nov 2013, Oct 2013, Sep 2013, Mar 2012 to Aug 2013
150 days past due as of Feb 2012
120 days past due as of Jan 2012
90 days past due as of Dec 2011
60 days past due as of Nov 2011
30 days past due as of Oct 2011, Jun 2011, Apr 2011

| | 2013 | | | | | | | | | | | | 2012 | | | | | | | | | | | | 2011 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Dec 180 | Nov FS | Oct FS | Sep FS | Aug FS | Jul FS | Jun FS | May FS | Apr FS | Mar 150 | Feb 150 | Jan 150 | Dec 150 | Nov 130 | Oct 180 | Sep 170 | Aug 160 | Jul 160 | Jun 130 | May 180 | Apr 180 | Mar 180 | Feb 150 | Jan 120 | Dec 90 | Nov 60 |
| Dec 30 | Oct OK | Nov FS | Oct FS | Sep 180 | Aug 150 | Jul 150 | Jun 150 | May 130 | Apr 130 | Mar 180 | Feb 180 | Jan 180 | Dec 180 | Nov 130 | | | | | | | | | | | | |
| | | | Sep OK | Aug OK | Jul FS | Jun 30 | May OK | Apr 30 | | | | | | | | | | | | | | | | | | |

DES MOINES, IA 50306
800 288 3212
Address identification number
0017174398

Home Equity
Terms NA
High balance $100,000
$97,524
Monthly payment 06/2004
$0
Recent payment amount
Not reported

Original amount / loan amount
First reported
Responsibility Individual

**Account history**

2011
May Apr Mar
CLS 30
Jan Feb Mar
OK OK
2006
Nov Dec Jan
OK OK OK

Mar Feb Jan
OK OK
2008
Oct Nov Dec
ND ND

Jan Feb
CLS 30
2010
Oct Nov Dec
OK OK OK

Nov Oct Sep
OK OK
Aug Jul Jun
OK OK OK

Sep Aug Jul Jun May Apr Mar Feb Jan
OK OK OK OK OK OK OK OK
2009
Dec Nov Oct Sep Aug Jul Jun May Apr Mar Feb Jan
OK OK OK OK OK OK OK OK OK OK OK OK
2007
Dec Nov Oct Sep Aug Jul Jun May Apr Mar Feb Jan
OK OK OK OK OK OK OK OK OK OK OK OK
2006
Dec Nov Oct Sep Aug Jul Jun May Apr Mar Feb Jan
OK OK OK OK OK ND OK OK ND OK OK OK
2004
Dec Nov Oct
OK OK

30 days past due as of Apr 2011, Feb 2011

_first credit_

## Accounts in good standing

**Account name** SEARS/CBNA

Account number 50499480960 3...

**Recent balance** Not reported

**Date opened** 04/2002

**Status**
Paid, Closed/Never late.

Type Charge Card
Terms NA
Address identification number 0017174398
On record until Sep 2018

Credit limit or original amount $3,950
High balance $217
Monthly payment $0
Recent payment amount Not reported

Date of status 09/2008
First reported 04/2002
Responsibility Individual

Comment
Account closed at credit grantor's request.

PO BOX 6282
SIOUX FALLS, SD 57117
800 917 7700

**Account history**
2008

2007    2006    Nov Oct Sep Aug



experian

Not reported

**Account history**

2008
Jun
CLS

**Account name**
WELLS FARGO BANK

PO BOX 10335
DES MOINES, IA 50306
800 288 3212
**Address identification number**
0017174398

**Account number**
3228010002...

| Recent balance | Credit limit or | Date of status | Status |
|---|---|---|---|
| Not reported | original amount | 05/2010 | Transferred,closed/N |
| | $100,565 | | ever late. |
| **Type** | **High balance** | **Date opened** | |
| Secured Loan | $0 | 05/2010 | **Comment** |
| **Terms** | **Monthly payment** | **First reported** | Account closed due to transfer. |
| 180 Months | $0 | 05/2005 | |
| **On record until** | **Recent payment** | **Responsibility** | |
| May 2020 | **amount** | Individual | |
| | Not reported | | |

*Wells opend this on the same day* — *Date opened 05/2005* — *this is their mortgage*

**Account history**

2010
Mar  Apr  Mar
OK   OK   OK
May  Feb  Mar
CLS  OK   OK
2006         2007
Jan  Feb  Jan  Feb
OK   OK   OK   OK
Apr  Mar  Oct  Feb
OK   OK   OK   OK
Nov  Oct  Nov  Oct
OK   OK   OK   OK
Dec  Sep  Dec  Sep
OK   OK   OK   OK
Jan  Aug  Nov  Aug
OK   OK   OK   OK
Dec  Jul  Oct  Jul
OK   OK   OK   OK
      Jun  Sep  Jun
      OK   OK   OK
      May  Aug  May
      OK   OK   OK
2009              2008
Nov  Oct  Sep  Aug  Jul  Jun  May  Apr  Mar  Feb  Jan  Dec  Nov  Oct  Sep  Aug  Jul  Jun  May  Apr  Mar  Feb  Jan
OK   OK   OK   OK   OK   OK   OK   OK   OK   OK   OK   OK   OK   OK   OK   OK   OK   OK   OK   OK   OK   OK   OK

**Account name**
WELLS FARGO

PO BOX 10335
DES MOINES, IA 50306
800 288 3212
**Address identification number**
0017174398

**Account number**
4396542111143...

| Recent balance | Credit limit or | Date of status | Status |
|---|---|---|---|
| Not reported | original amount | 04/2001 | Paid, Closed/Never |
| | $60,000 | | late. |
| **Type** | **High balance** | **Date opened** | |
| Home Equity | $58,431 | 04/2006 | **Comment** |
| **Terms** | **Monthly payment** | **First reported** | Account closed at consumer's |
| NA | $0 | 05/2001 | request. |
| **On record until** | | **Responsibility** | |
| Apr 2016 | | Individual | |

*This is part of my credit Report
This shows 4 loans
the 2 mortgage are not mine

only 2 on my title
should be equity line
and Equity loan*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY (Trenton)

Caption in Compliance with D.N.J. LBR 9004-1
2017-1784

Powers Kim, LLC
ecf@powerskim.com
William M. E. Powers III
Angela C. Pattison
728 Marne Highway, Suite 200
Moorestown, NJ 08057
(856) 802-1000
Attorney for Wells Fargo Bank, N.A.

In Re:

Linda Hoffman
aka Linda Hoffman
dba Linda's Kitchen

Case No.: 19-21272-KCF

Chapter: 13

Hearing Date:

Judge: Honorable Kathryn C. Ferguson

## CERTIFICATION IN SUPPORT OF MOTION FOR ORDER VACATING AUTOMATIC STAY AND ALLOWING PROSPECTIVE RELIEF

Talneca Kia Wilson _____, hereby certifies:

1. I am the Vice President Loan Documentation by ___ Wells Fargo Bank, N.A. ("Wells Fargo"), and I have knowledge of the facts contained herein.

2. Wells Fargo Bank, N.A. is the holder of a prime equity line of credit and an open-end mortgage secured by the real estate owned by Linda A. Hoffman and commonly known as 103 Gracey Street, Edison, NJ 08817. Said mortgage was recorded on June 30, 2004 in the office of the Clerk of Middlesex County in Mortgage Book 9812 at Page 7. Copies of the instruments are attached hereto as Exhibit A.

3. Wells Fargo Bank, N.A. is also the holder of a note and a second mortgage that is also secured by the real estate owned by Linda A. Hoffman and commonly known as 103 Gracey Street, Edison, NJ 08817. Said mortgage was recorded on June 8, 2005 in the office of the Clerk of Middlesex County in Mortgage Book 10674 at Page 834. Copies of the instruments are attached hereto as Exhibit B.

4. On May 18, 2011, the debtor failed to make the monthly mortgage payment in relation to the second mortgage and the loan has remained continuously in default since that time. A copy of the foreclosure complaint is attached as Exhibit C.

5. On June 19, 2014, the movant filed a complaint to commence an action in the Superior Court of New Jersey, Chancery Division, Middlesex County under docket no. F-025038-14 to foreclose its mortgage. See Exhibit C.

6. On February 17, 2016, a final judgment was entered in the foreclosure action in the amount of $94,341.30 together with interest and taxed costs of suit. See Exhibit D.

7. The subject property was scheduled for sheriff's sale on August 24, 2016 by the Sheriff of Middlesex County, but the sale was adjourned until September 21, 2016 by the Sheriff of Middlesex County.

8. On September 20, 2016, Linda A. Hoffman responded by filing a bankruptcy petition in the United States Bankruptcy Court for the District of New Jersey pursuant to Chapter 13. This case was assigned case number 16-27972-KCF. (Docketed Doc. #1)

9. The sheriff's sale scheduled for September 21, 2016 was canceled upon notification of the bankruptcy filing.

10. On September 20, 2016, notice was given that missing documents including a Summary of Assets/Liabilities and Stat Info, Declaration About An Individuals Scheds, Statement of

2

234

McCabe, Weisberg & Conway, PC
216 Haddon Avenue, Suite 303
Westmont, NJ  08108-0000


Wells Fargo Bank
420 Montgomery St
San Francisco, CA  94104-1207


Wells Fargo Bank Nv NA
PO Box 31557
Billings, MT  59107-1557


Wells Fargo Dealer Services
PO Box 3569
Rancho Cucamonga, CA  91729-3569

1-877-
805-7744

Wf/wb
PO Box 3117
Winston Salem, NC  27102-3117


Zenith Acquisition Group
181 S 333rd St
Federal Way, WA  98003-7363

( Ins - Group )

This is the
Bankrupcy proof
Claims that W.F.
entered against
me  6/6/2017

Notice no
account numbers
I never had
a auto loan wit
W.F. And I
only had a equity
line of credit &
a equity loan.

LAW OFFICES OF

# HAYT, HAYT & LANDAU, LLC

EMANUEL HAYT (1929-1983)
LILLIAN R. HAYT (1929-1963)
BERNARD D. LANDAU (1955-1988)

MARTIN RUBIN*

ARTHUR LASHIN△
KENNETH R. EBNER, JR.▸
KAREN WACHS□

MEMBER NEW JERSEY, PENNSYLVANIA
AND NEW YORK BARS
MEMBER PENNSYLVANIA BAR
MEMBER NEW JERSEY AND PENNSYLVANIA BARS
MEMBER NEW JERSEY AND NEW YORK BARS

MERIDIAN CENTER I
TWO INDUSTRIAL WAY WEST
P.O. BOX 500
EATONTOWN, NEW JERSEY 07724-0500

TELEPHONE (732) 544-9080    AUGUST 31,
FAX (732) 389-1756

PENNSYLVANIA OFFICE
123 S. BROAD STREET
SUITE 1660
PHILADELPHIA, PA 19109-1003

TELEPHONE (215) 928-1400
FAX (215) 928-1514

PERSONAL AND CONFIDENTIAL
391124-001-G4
LINDA A HOFFMAN
103 GRACEY ST
EDISON, NJ 08817

ORIGINAL CREDITOR:  WELLS FARGO FINANCIAL
DEBT OWED TO:  ZENITH ACQUISITION CORP
ACCOUNT NO:  48819194
HHL FILE NO:  391124
BALANCE DUE:  $994.49
PAYABLE TO:  "ZENITH ACQUISITION CORP"
  (File #391124)

This firm is handling the collection of your balance due
of $994.49 as shown above.  If you are unable to pay the balance
at one time, call MR. MACK at our offices, at 1-877-HAYTLAW
(1-877-429-8529) and make a proposal for repayment.  MR. MACK
is not an attorney.  You will be treated with respect and courtesy.
We will work together to arrange a solution that works for you.
Our offices are open from 8AM to 8PM Monday through Friday.  You
may also e-mail us at info@haytlaw.com and let us know how you want
to resolve the matter.  Please include your phone number.

Your balance is calculated as follows:

| | |
|---|---:|
| Unpaid Balance: | $994.49 |
| Interest: | $.00 |
| Attorneys' Fees: | $.00 |
| Balance Due: | $994.49 |

Under Federal Law, 15 U.S.C. sec. 1692 et seq., unless you
dispute the validity of this debt, or any portion of the debt, within
thirty (30) days after receipt of this notice, we will assume that the
debt is valid.  If you notify us within the thirty-day period that the
debt, or any portion of the debt, is disputed, we will obtain and mail
to you verification of the debt or a copy of any judgment.  Upon your
request within the thirty-day period, we will provide you with the
name and address of the original creditor, if different from the
current creditor.

Hayt, Hayt & Landau collects debts.  At this time, no attorney
with this firm has personally reviewed the particular circumstances
of your account.  We are attempting to collect a debt.  Any information
we obtain will be used for that purpose.

Thank you.

Very truly yours,

HAYT, HAYT & LANDAU

Enc. - Prepaid Envelope

# RECORD OWNER AND LIEN SEARCH

### (No Insurance, No Taxes, Up to 2 Upper Courts Name Searches, No Easements and Restrictions)

### File Number: 626-172115

## A SEARCH OF THE COUNTY RECORDS
## FOR THE PERIOD REQUESTED REVEALS THE FOLLOWING:

1. Mortgage from Linda A Hoffman to First Fidelity Bank, National Association, dated February 4, 1988, recorded February 16, 1988 in the Middlesex County Clerk's/Register's Office in Mortgage Book 3601, Page 857, showing an amount of $20,000.00.

2. Mortgage from Linda Hoffman to Thomas E. Hoffman, dated January 10, 1990, recorded in the Middlesex County Clerk's/Register's Office in Mortgage Book 3922, Page 631, showing an amount of $40,000.00.

3. Mortgage from Linda Hoffman, unmarried to First Town Mortgage Corporation, organized and existing under the laws of New Jersey, dated May 10, 1990, recorded May 18, 1990 in the Middlesex County Clerk's/Register's Office in Mortgage Book 3963, Page 438, showing an amount of $112,500.00.

Assignment of Mortgage to Travelers Mortgage Services, Inc., recorded May 18, 1990 in Book 504, Page 268.

4. Mortgage from Linda Hoffman to Wachovia Bank, National Association, dated May 20, 2004, Page 7, recorded June 30, 2004 in the Middlesex County Clerk's/Register's Office in Mortgage Book 9812, Page 7, showing an amount of $100,000.00.

5. Mortgage from Linda Hoffman to Wachovia Bank, National Association, dated May 19, 2005, recorded June 8, 2005 in the Middlesex County Clerk's/Register's Office in Mortgage Book 10674, Page 834, showing an amount of $100,565.00.

NOTICE OF LIS PENDENS filed in the Superior Court of New Jersey, Chancery Division, Middlesex County, Docket No. F-26038-14; general object to foreclose on mortgage in Book 10674, Page 834. Notice filed in the Middlesex County Clerk's/Register's Office on July 30, 2014 in Book 2128, Page 388.

6. Tax Sale Certificate: Richard Lorentzen, Collector of Taxes, to TOWER LIEN LLC, dated December 13, 2010, recorded February 14, 2011, Book 14195, Page 88, Amount $6,317.91, Assessed to Linda A Hoffman, Certificate No. 10-00393.

7. Tax Sale Certificate: Lina Vallejo, Collector of Taxes, to FWDSL & ASSOCIATES LP, dated December 16, 2013, recorded January 24, 2014, Book 15574, Page 750, Amount $7,325.71, Assessed to Linda A Hoffman, Certificate No. 13-00226.

8. Order Vacating Stay recorded August 30, 2019 in Deed Book 17603, Page 1007.

9. Order Vacating Stay recorded August 30, 2019 in Deed Book 17603, Page 1014.

10. Numerous matters showing on the attached upper court search against the name(s) or name variations of Linda Hoffman. Judgment abstract copies attached.

NOTE: LIABILITY UNDER THIS SEARCH CERTIFICATE FOR MISTAKES HEREIN OR OMISSIONS HEREFROM IS HEREBY LIMITED TO THE AMOUNT PAID FOR THE REPORT OF TITLE, UNLESS OTHERWISE PROVIDED.

NOTE:  COUNTY SEARCH COVERS RECORD OWNER VESTING ONLY.  SUBJECT TO OPEN MATTERS APPEARING PRIOR TO THE DATE THE VESTED OWNER ACQUIRED TITLE.

NOTE: Foundation Title, LLC ASSUMES NO LIABILITY FOR ANY ITEMS NOT RECORDED OR IMPROPERLY INDEXED BY THE COUNTY REGISTER'S OR CLERK'S OFFICE WHICH AFFECT THE PREMISES IN QUESTION.  SINCE A PREMIUM HAS NOT BEEN PAID NOR A COMMITMENT OR POLICY ISSUED BY THIS COMPANY FOR TITLE INSURANCE, THE TOTAL LIABILITY ASSUMED IS LIMITED TO THE AMOUNT PAID FOR THIS REPORT OF TITLE.

NJ Superior Court, US District Court and US Bankruptcy Court Search:
☐ ordered, see attached certificate.
☐ not ordered as per instructions of the applicant.
☐ additional names ordered at $17 per name, see invoice.

**We have relied on the county indices in making this search. No liability will be assumed for errors or omissions therein. Total liability hereunder is limited to $1,000.00.**

Dated:  April 21, 2021

**Foundation Title, LLC**

BY

_Sean Lindsay_

Sean Lindsay

**WELLS FARGO**

Return Mail Operations
PO Box 14411
Des Moines IA 50306-3411

| | |
|---|---|
| Statement date | 02/03/20 |
| Loan number | 0547726596 |
| Minimum amount due to reinstate account as of the date of this statement | $71,098.82 |

*Your loan has been referred to foreclosure. The amount to bring the account current may vary daily, prior to sending funds, call us for a reinstatement or payoff quote. A matured loan requires all balances to be paid in full. This does not change a sale date that may be scheduled.*

Property address      103  GRACEY ST
                      EDISON, NJ 08817

DCSF1CDTRM  007810DOBF1C00000002129706

LINDA A HOFFMAN
103 GRACEY ST
EDISON, NJ 08817-5106

**Customer Service**

Online
wellsfargo.com

Telephone*
1-800-986-0043

Correspondence
PO Box 10335
Des Moines IA 50306

Fax
1-866-278-1179

Payments
PO Box 14591
Des Moines IA 50306

Hours of operation
Mon - Fri 7 a.m. - 7 p.m. CT

*We accept telecommunications relay service calls.

## Explanation of amount due

| | |
|---|---|
| Reinstatement | |
| Overdue payment 03/18/13-01/18/20 | $69,598.82 |
| Unpaid advance balance | $1,500.00 |
| **Minimum amount due to reinstate account as of the date of this statement** | **$71,098.82** |

*In order to reinstate your account and avoid foreclosure, please contact us to obtain an updated reinstatement quote before sending funds since the amount displayed above is only good through the date of this statement. Your payment continues to be due and payable and other fees/charges may continue to accrue.*

| | |
|---|---|
| **Accelerated amount as of the date of this statement**** | **$95,513.12** |

**If you wish to pay your loan in full, please contact us to obtain an updated payoff quote before sending funds.

## Account summary

| | |
|---|---|
| Unpaid principal balance | $75,940.49 |
| Unpaid advance balance | $1,500.00 |
| Unpaid late charge(s) | $209.59 |
| Unpaid other fee(s) | $63.58 |
| Unpaid interest | $18,799.36 |
| **Accelerated amount as of the date of this statement**** | **$95,513.12** |
| Interest rate | 5.750% |
| Maturity date (month/year) | 10/20 |

## Past payments breakdown

| | Since last statement | Year-to-date |
|---|---|---|
| Total received* | $0.00 | $0.00 |
| Principal | $0.00 | $0.00 |
| Interest** | $0.00 | $0.00 |

*This total may include the unapplied funds balance from the Account summary section.
**These transactions should not be used for tax purposes. If you have tax related questions, please consult your tax advisor.

*(handwritten) without my consent wells fargo took this cash advance on my Equity Loan*

## Activity since your last statement

| Date | Description | Total | Principal | Interest | Escrow | Other / Attorney cost |
|---|---|---|---|---|---|---|
| 01/22 | Advance | -$1,500.00 | | | | |

## Important messages

Your loan has an unpaid advance balance of $1,500.00; this is a result of funds paid on your behalf. Types of advances include but are not limited to taxes, insurance, utility payments, and attorney fees. If you have questions or would like to make a payment, call us at the number listed above or send additional funds with the next mortgage payment to be applied to the advance balance.

*This is a daily simple interest loan where interest accrues daily on the outstanding balance. If this statement shows an interest short amount (i.e. accrued but unpaid interest), the previous payment(s)/credit(s) did not cover all of the interest that accrued since the last payment date.  This can happen when the Current monthly payment amount is not received on or before the payment date.

**ATTENTION**
The foreclosure process may have started on your property. If you want to retain your home, please pay the full reinstatement amount owed immediately. Contact us right away to discuss the status of your mortgage. For helpful information on alternative repayment options, go to wellsfargo.com/homeassist. El proceso de ejecucion hipotecaria puede haber comenzado en su propiedad, favor de llamarnos al inmediatamente.

Avoid anyone who asks for a fee for counseling or a loan modification, or asks you to sign over the deed to your home, or to make your mortgage payments to anyone other than Wells Fargo Home Mortgage.

Please detach and return with your payment.   Please specify additional funds

LINDA  A  HOFFMAN        Loan number              Payment   A  $
                                                 amount

Page 1 of 2

**Home Mortgage**

Return Mail Operations
PO Box 14411
Des Moines IA 50306-3411

| Statement date | 05/04/20 |
|---|---|
| Loan number | 0547726596 |
| Minimum amount due to reinstate account as of the date of this statement | $74,904.44 |

Property address

103 GRACEY ST
EDISON, NJ 08817

DC8F1CDTYU  00B219DCSF1C00000019239708

LINDA A HOFFMAN
103 GRACEY ST
EDISON, NJ 08817-5106

**Customer Service**

Online
wellsfargo.com

Correspondence
PO Box 10335
Des Moines IA 50306

Payments
PO Box 14591
Des Moines IA 50306

Telephone*
1-800-868-0043

Fax
1-866-278-1179

Hours of operation
Mon - Fri 7 a.m. - 7 p.m. CT

*We accept telecommunications relay service calls.

Your loan has been referred to foreclosure. The amount to bring the account current may vary daily prior to sending funds, call us for a reinstatement or payoff quote. A matured loan requires all balances to be paid in full. This does not change a sale date that may be scheduled.

## Explanation of amount due

| | |
|---|---|
| **Reinstatement** | |
| Overdue payment 03/18/13-04/18/20 | $72,114.44 |
| Unpaid advance balance | $2,790.00 |
| **Minimum amount due to reinstate account as of the date of this statement**1 | $74,904.44 |

1In order to reinstate your account and avoid foreclosure, please contact us to obtain an updated reinstatement quote before sending funds since the amount displayed above is only good through the date of this statement. Your payment continues to be due and payable and other fees/charges may continue to accrue.

| | |
|---|---|
| **Accelerated amounts as of the date of this statement**2 | $98,888.81 |

2If you wish to pay your loan in full, please contact us to obtain an updated payoff quote before sending funds.

## Account summary

| | |
|---|---|
| Unpaid principal amount | $75,840.49 |
| Unpaid advance balance | $2,790.00 |
| Unpaid late charge(s) | $209.59 |
| Unpaid other fee(s) | $63.68 |
| Unpaid interest | $19,885.05 |
| **Accelerated amount as of the date of this statement**2 | $98,888.81 |
| Interest rate | 5.750% |
| Maturity date (month/year) | 10/20 |

## Past payments breakdown

| | Since last statement | Year-to-date |
|---|---|---|
| Total received* | $0.00 | $0.00 |
| Principal | $0.00 | $0.00 |
| Interest** | $0.00 | $0.00 |

*This total may include the Unapplied funds balance from the Account summary section.
**This information should not be used for tax purposes. If you have tax related questions, please consult your tax advisor.

*without my consent*

## Informational messages

The COVID-19 situation is rapidly evolving and Wells Fargo is committed to helping you navigate through these unprecedented times. Our resource page found on wellsfargo.com/coronavirus is continually updated to provide the information you need to quickly and easily manage your mortgage. Thank you for being our customer, we are here to support you any way we can.

*Wells Fargo took this cash advance from my equity loan*

## Activity since your last statement

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| | | | | | | Litigation cost |
| 04/30 | Advance | -$215.00 | | | | Litigation cost |
| 04/30 | Advance | -$860.00 | | | | Litigation cost |
| 04/13 | Advance | -$215.00 | | | | |

## Important messages

Your loan has an unpaid advance balance of $2,790.00; this is a result of funds we paid on your behalf. Types of advances include but are not limited to taxes, insurance, utility payments, and attorney fees. If you have questions or need to set up a payment arrangement to repay this advance balance, call us at the number listed above.

This is a daily simple interest loan where interest is calculated daily on the outstanding balance. Normally, a portion of each payment made will be applied to interest and a portion to principal. Because interest accrues daily, the amount of interest applied to each portion will vary, in part, on the number of days since the last payment date. Consistently making a regular monthly payment by the payment date may result in less interest paid over the life of the loan. If this statement shows an interest short amount (i.e. accrued but unpaid interest), the previous payment(s)/credit(s) did not cover all of the interest that accrued since the last payment date. This can happen when the Current monthly payment amount is not received on or before the payment date.

**ATTENTION**
Contact us right away to discuss the status of your mortgage. For helpful information on alternative repayment options, go to  wellsfargo.com/homeassist.

Avoid anyone who asks for a fee for counseling or a loan modification, or asks you to sign over the deed to your home, or to make your mortgage payments to anyone other than Wells Fargo Home Mortgage.

Please detach and return with your payment.                    Please specify additional funds

LINDA A HOFFMAN

Loan number



**Home Mortgage**

Return Mail Operations
PO Box 14411
Des Moines IA 50306-3411

| | |
|---|---|
| Statement date | 09/03/24 |
| Loan number | 0547726596 |
| Payment due date | 09/18/24 |
| **Total amount** | **$0.00** |

103 GRACEY ST
EDISON, NJ 08817

Property address

Customer Service

◯ Online
wellsfargo.com

◯ Correspondence
PO Box 10335
Des Moines IA 50306

◯ Payments
PO Box 14591
Des Moines IA 50306

◯ Telephone*
1-800-868-0043

◯ Fax
1-866-278-1179

◯ Hours of operation
Mon - Fri 7 a.m. - 7 p.m. CT

*We accept telecommunications relay service calls.

0004148    01 AB 0.595 **AUTO  T3 0 0247 08817-510809  -C01-P04152-I1

LINDA A HOFFMAN
103 GRACEY ST
EDISON, NJ 08817-5106

## Explanation of amount due

| | |
|---|---|
| Principal | $0.00 |
| Interest | $0.00 |
| Overdue payment | $0.00 |
| Unpaid late charge(s) | $209.59 |
| **Total amount** | **$0.00** |

## Account summary

| | |
|---|---|
| Unpaid principal balance | $75,940.49 |
| (This is not a payoff amount) | |
| Unpaid payment advance balance | $63.56 |
| Unpaid advance balance | $927.08 |
| Interest rate | 0.000% |
| Maturity date (month/year) | 10/20 |

## Past payments breakdown

| | Since last statement | Year-to-date |
|---|---|---|
| Total received* | $0.00 | $0.00 |
| Principal | $0.00 | $0.00 |
| Interest** | $0.00 | $0.00 |

*This total may include the Unapplied funds balance from the Account summary section.
**This information should not be used for tax purposes. If you have tax related questions, please consult your tax advisor.

## Informational messages

No transactions have occurred on this account between the date of the last billing statement and this statement date.

Are you experiencing a financial hardship related to COVID? If so, your state may have funds available for assistance with mortgage payments. For more Information, go to: www.wellsfargo.com/homeownerassistancefund

## Important messages

**Please Note:** Your loan has reached its maturity and we can no longer accept payments for less than the entire amount owed. Any payments of lesser amounts you attempt to make after you are due for the full balance may not be accepted and will be returned to you. The payment amount normally reflects the regular payment amount, however since the loan is due in full the payment amount may reflect a zero amount and may display outstanding fees. Nevertheless, the account is due in full, and as per your contract and investor, interest may continue to accrue until paid in full. Please contact us for a payoff amount.

LINDA A HOFFMAN
103 GRACEY ST

Loan number
0547726596

Payment
x print amt    A    $

*2 of 2*

## Past Due Account Status

**As of the date of this statement, you are 4187 days delinquent on your account and your loan has passed the maturity date.** Failure to pay your loan in full may result in fees or the possibility of loss of your home through foreclosure. To obtain a payoff balance, please call the Customer service number provided on the front of the statement.

**As of the date of this statement, Wells Fargo has made the first notice or filing required by applicable law for the foreclosure process.**

**Housing counselor information -** For help exploring options, the Federal government provides contact information for housing counselors, which you can access by contacting the Consumer Financial Protection Bureau at http://www.consumerfinance.gov/find-a-housing-counselor/, or obtain no-cost assistance by contacting the Department of Housing and Urban Development at https://apps.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling 1-800-569-4287.

**Property Preservation -** As stated in the terms of your agreement, we may have the right to inspect the interior and exterior of the property. If we find that the property is abandoned, we may enter it to inspect, secure, and preserve it. To secure the property, we may replace a lock or cover any exposed openings or pools. To maintain and preserve it, we may cut the grass and prepare the property for winter. We may also make any repairs necessary to prevent further decline. Some of these tasks are required by local law or homeowners association rules.

**Home Mortgage**

Return Mail Operations
PO Box 14411
Des Moines IA 50306-3411

*March 2025*

| | |
|---|---|
| Statement date | 03/05/25 |
| Loan number | 0547726596 |
| Payment due date | 10/18/20 |
| Estimated payoff amount | $99,018.31 |
| Property address | 103 GRACEY ST EDISON, NJ 08817 |

*✱ Notice Statement on 2nd page*

Your loan has been referred to foreclosure and all amounts are due in full. Please call immediately for an updated payoff amount. This does not change a sale date that may be scheduled.

0003215    01 AB 0.59 **AUTO T60 0064 08817-510603    <C01-P03218-I

LINDA A HOFFMAN
103 GRACEY ST
EDISON, NJ 08817-5106

**Customer Service**

Online
wellsfargo.com

Correspondence
PO Box 10335
Des Moines IA 50306

Payments
PO Box 14591
Des Moines IA 50306

Telephone*
1-800-868-0043

Fax
1-866-278-1179

Hours of operation
Mon - Fri 7 a.m. - 7 p.m. CT

*We accept telecommunications relay service calls.

## Explanation of amount due

| | |
|---|---|
| Unpaid principal balance | $75,940.49 |
| Interest | $21,877.47 |
| Unpaid payment advance balance | $63.68 |
| Unpaid advance balance | $927.08 |
| Unpaid late charge(s) | $209.59 |
| Estimated payoff amount* | $99,018.31 |

*Review important details regarding this amount in the informational messages section below.

## Balance summary

| | |
|---|---|
| Unpaid principal balance | $75,940.49 |
| Interest | $63.68 |
| Unpaid payment advance balance | $927.08 |
| Unpaid advance balance | $209.59 |
| Unpaid late charge(s) | |

## Account information

| | |
|---|---|
| Interest rate | 0.000% |
| Maturity date (month/year) | 10/20 |

## Past payments breakdown

| | Since last statement | Year-to-date |
|---|---|---|
| Total received* | $0.00 | $0.00 |
| Principal | $0.00 | $0.00 |
| Interest** | $0.00 | $0.00 |

*This total may include the Unapplied funds balance from the Balance summary section.
**This information should not be used for tax purposes. If you have tax related questions, please consult your tax advisor.

## Informational messages

No transactions have occurred on this account between the date of the last billing statement and this statement date.

Are you experiencing a financial hardship related to COVID? If so, your state may have funds available for assistance with mortgage payments. For more information, go to: www.wellsfargo.com/homeownerassistancefund

*Your loan matured and all amounts are due in full unless you have made other payment arrangements with Wells Fargo. Interest may continue to accrue until all amounts are paid in full per your loan documents. We may furnish information about your account to consumer reporting agencies. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. The lien on the collateral will not be released until all amounts are paid in full. Please call immediately for an updated payoff amount. Any payments less than the total amount owed will not be accepted.

Please detach and return with your payment

Please specify additional funds

LINDA A HOFFMAN
103 GRACEY ST

| Loan number | 0547726596 |
|---|---|
| Estimated payoff amount | $99,018.31 |

Payment    a   c

## Past Due Account Status

As of the date of this statement, you are 4370 days delinquent on your account.

**Additionally, your loan has reached the maturity date.** Failure to pay your account in full may result in fees, negative credit reporting, and/or loss of your home through foreclosure. Payment of all outstanding amounts is required. To obtain a payoff amount, call the Customer Service number provided on the front of this statement.

**As of the date of this statement, Wells Fargo has made the first notice or filing required by applicable law for the foreclosure process.**

**Housing counselor information** – For help exploring options, the Federal government provides contact information for housing counselors, which you can access by contacting the Consumer Financial Protection Bureau at http://www.consumerfinance.gov/find-a-housing-counselor/, or obtain no-cost assistance by contacting the Department of Housing and Urban Development at https://apps.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling 1-800-569-4287.

**Property Preservation** – As stated in the terms of your agreement, we may have the right to inspect the interior and exterior of the property. If we find that the property is abandoned, we may enter it to inspect, secure, and preserve it. To secure the property, we may replace a lock or cover any exposed openings or pools. To maintain and preserve it, we may cut the grass and prepare the property for winter. We may also make any repairs necessary to prevent further decline. Some of these tasks are required by local law or homeowners association rules.

inda Hoffman
3 - Bracey St.
Edison, N.J. 08817
ef # 20-10401-FC01

Date Oct. 27, 2023

To: Brock & Scott, PLLC
3825 Forresgate Drive
Winston Salem, NS 27103

2 of 3

Attn: Brock & Scott, PLLC   Kristin Ritchings

I Linda A Hoffman am responding to the ref. # 20-10401-FC10 letter I received dated 10/3/2023 which requires a response by 11/10/2023.

My response to you is as follows.
I am presently in mediation with Wells Fargo, that account # came up through inspection as fradulant and possibly a auto loan.
This is <u>not my debt</u>, at all.

As for the foreclosure complaint, I am requesting a 60 day extention. So I can retain counsel to go over this with me. I have no idea what this is about.

Please respond as to the 60 day extention.

Thank you!
Linda A Hoff
Linda A Hoffman

Mediation # 1417847
Docs



2383786486

To: LINDA A HOFFMAN
103 GRACEY ST
EDISON, NJ 08817
Reference: 20-10401 FC01

Brock & Scott, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
(844) 856-6646 from 8:30am to 5:30pm EST, Monday to Friday
www.brockandscott.com

Date: October 03, 2023
Property Address: 103 GRACEY ST,
Edison, NJ 08817

**Brock & Scott, PLLC is a debt collector.** We are trying to collect a debt that is owed to Wells Fargo Bank, N.A., as Creditor, which is serviced by Wells Fargo. We will use any information you give us to help collect the debt.

## Our information shows:

You have a mortgage loan with Wells Fargo Bank, N.A. with account number ending in -5981.

As of March 1, 2020, you owed: $110,925.91
Between March 1, 2020, and today, the following amounts have been charged to the account:

See the enclosed separate page for an itemization of the debt.

**Total amount of the debt now: $129,817.72**

## How can you dispute the debt?

• Call or write to us by November 10, 2023, to dispute all or part of the debt. If you do not, we will assume that our information is correct.

• If you write to us by November 10, 2023, we must stop collection on any amount you dispute until we send you information that shows you owe the debt. You may use the form below or write to us without the form. You may also include supporting documents. We accept disputes electronically at www.brockandscott.com/contact.

## What else can you do?

• Write to ask for the name and address of the original creditor, if different from the current creditor. If you write by November 10, 2023, we must stop collection until we send you that information. You may use the form below or write to us without the form. We accept such requests electronically at www.brockandscott.com/contact.

• Go to www.cfpb.gov/debt-collection to learn more about your rights under federal law. For instance, you have the right to stop or limit how we contact you.

• Contact us about your payment options.

**Notice:** See enclosed page for important information.

✂-----------------------------------------------

## How do you want to respond?

Check all that apply:
☐ I want to dispute the debt because I think:
☐ This is not my debt.
☐ The amount is wrong.
☐ Other (please describe on reverse or attach additional information).

☐ I want you to send me the name and address of the original creditor.

Mail this form to:
Brock & Scott, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103

LINDA A HOFFMAN
103 GRACEY ST
EDISON, NJ 08817
20-10401 FC01








Reference: 20-10401 FC01



**Wells Fargo**
Return Mail Operations
PO Box 10368
Des Moines, IA 50306-0368

Wells Fargo
PO Box 10335
Des Moines, IA 50306-0335

Q9BM3GDTVT  000008  SP  01



Linda A Hoffman
103 GRACEY ST
EDISON, NJ 08817-5106



October 06, 2023

Subject: We received your concerns
Case number: 06202310062668139
Account number ending in: 5981

Dear Linda A Hoffman:

Thank you for contacting us. We received your complaint, and are committed to promptly addressing your concerns.

**What to expect**
It's our goal to complete the necessary research and provide you with a response by October 20, 2023. If we determine additional time is needed to fully answer your complaint, we'll provide you with a new completion date. We appreciate your patience as we fully address your complaint.

**We're here to help**
We appreciate the time and effort taken to share your concerns. If you have questions, we're here to help. Please contact us at 1-800-853-8516. We're available to assist you Monday through Friday, 8:00 AM to 5:00 PM Central Time.

Sincerely,

Enterprise Complaints Management Office

For customers with hearing or speech disabilities, we accept telecommunications relay service calls.

We may collect personal data as part of the complaint resolution process. For the categories of personal data that Wells Fargo may collect and how we use it, see the Wells Fargo California Consumer Privacy Act Notice at Collection at https://www.wellsfargo.com/privacy-security/notice-of-data-collection/. See additional Wells Fargo privacy notices at https://www.wellsfargo.com/privacy-security/.

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. NMLSR ID 399801

© 2022 Wells Fargo Bank, N.A. All rights reserved.

CSECMP_645e2009-a20c-4d66-8315



WELLS
FARGO

Wells Fargo Home Equity
Return Mail Operations
PO Box 14468
Des Moines, IA 50306-3468

May 12, 2025

Linda A. Hoffman
103 Gracey St.
Edison, NJ 08817

**Please note:** This notice is being provided for informational purposes only. As a result of at least one bankruptcy case filing that included the account referenced below, Wells Fargo is not attempting in any way to violate any provision of the United States Bankruptcy Code or to collect a debt (deficiency or otherwise) from any customer who is impacted by an active bankruptcy case or who has received a discharge, where the account was not otherwise reaffirmed or excepted from discharge. **This is not a bill or a request for payment as to these customers.**

## We've restricted the use of the line of credit

Bankruptcy number: 25-12839
Account number: XXXXXX93391998
Collateral: 103 Gracey St.
             Edison, NJ 08817

Dear Linda A. Hoffman,

We've reviewed the home equity line of credit (the "line of credit"). According to the line of credit agreement, if Wells Fargo determines that any borrower's financial circumstances have changed so that they may no longer meet Wells Fargo's credit standards, Wells Fargo may restrict the line of credit.

Based on this review, we are restricting the use of the line of credit because we reasonably believe that the repayment requirements will not be able to be met because of a material change in financial circumstances. Specifically, the principal reason that we have restricted the line of credit to future advances is because of a bankruptcy filing associated with the account.

We've also made the following changes:

- **Periodic statements:** We'll continue to produce online statements, mail paper statements, or both. If you choose to opt out of receiving statements, you'll need to send this request in writing to us at this address:

  Wells Fargo
  PO Box 10335
  Des Moines, IA 50306

- **Automatic payments:**
  - If you previously scheduled payments through an automatic payment deduction from a deposit account, this has now been canceled. Also, future automatic payments have been discontinued.
  - If any previously scheduled automatic payment was processed post-petition before we were able to cancel it and you would like a refund of that amount, you can call us at the number below.
  - To continue making automatic payments from a deposit account, please call us at the number listed in the **We're here to help** section of this letter.

  **Please note:** If you choose to opt out of receiving periodic statements, then ACH cannot be established.

- **Online access:**
  - Please be aware that online access will be limited to view only. If you need to update information

on this account, please contact us at the number below.
— Any future-dated or recurring payments previously created through wellsfargo.com have been canceled.

- **Bill pay services:** If you have chosen to enroll in an electronic bill pay service, you'll continue to receive notifications from that service, and payments may continue to be made by that service, until you discontinue the service.

Please note: All changes will impact any or all fixed-rate advances that are related to this line of credit.

The restriction of the line of credit is effective immediately and will continue until the reason for the restriction no longer exists. You may request reinstatement of credit privileges if you believe the reason provided above no longer exists. You may make a request to reinstate credit privileges by calling us at 1-877-891-0002 or writing us at the address shown above.

If you need any additional information, please contact our Bankruptcy Department.

Phone: **1-877-891-0002**
Hours: Monday – Friday, 8:00 a.m. - 5:00 p.m. Central Time
Fax:    1-866-306-8279

For customers with hearing or speech disabilities, we accept telecommunications relay service calls.

Home Equity Customer Account Operations
Wells Fargo Bank, N.A.

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The Federal agency that administers compliance with this law concerning this creditor is Consumer Financial Protection Bureau, 1700 G Street NW, Washington, DC 20552.

© 2022 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801
HRC23



Wells Fargo Mediation Program Office
P.O. Box 610
Minneapolis, MN 55480

May 21, 2025

Linda A Hoffman
103 Gracey St
Edison, NJ 08817

**Please note:** This notice is being provided for informational purposes only. As a result of at least one bankruptcy case filing that included the account referenced below, Wells Fargo is not attempting in any way to violate any provision of the United States Bankruptcy Code or to collect a debt (deficiency or otherwise) from any customer who is impacted by an active bankruptcy case or who has received a discharge, where the account was not otherwise reaffirmed or excepted from discharge. **This is not a bill or a request for payment as to these customers.**

Tracking Number: 12202505060000053

Re: Mediation Request Form received

Dear Linda A. Hoffman:

This letter is in response to your recently submitted Mediation Request Form, received May 6, 2025, requesting additional monetary compensation from the Wells Fargo Mediation Program.

**What you need to know**
This additional Mediation Request Form contains allegations that are duplicative of the allegations you made in connection with your prior mediation claim(s). As a result, we will not be scheduling a mediation session as part of the Mediation Program and we have closed this claim.

Wells Fargo will take no further action regarding your mediation claim. Any further actions that you wish to take in connection with this claim will need to occur outside of the Wells Fargo Mediation Program. Your options include filing a complaint with the Consumer Financial Protection Bureau, initiating formal legal action, or both.

**We're here to help**
If you have questions, please call us at 1-888-283-7095, Monday through Friday from 8:00 a.m. to 5:00 p.m. Central Time. We accept telecommunications relay service calls. We can also assist you in Spanish.

**Estamos aquí para ayudar**
Si tiene preguntas, llámenos al 1-888-283-7095, de lunes a viernes, de 8:00 a.m. a 5:00 p.m., hora central. Wells Fargo acepta llamadas de los servicios de retransmisión de telecomunicaciones. También podemos brindarle asistencia en español.

Sincerely,
Wells Fargo Mediation Program Office

BT19834_M_E_03172025



File No: 17-2502

Dear Sir/Madam:

Please be advised that this matter has been placed on hold per our client and have been exchanged in our office. Kindly cancel the 6/19/24 sale and send statement as to your fees. Please return the Writ to the Court marked "UNSAT

Thank you for your attention.

Very truly yours,

*LOGS LEGAL GROUP LLP*

Ely Ramos
Legal Assistant

*This is part of my credit Report*
*This shows 4 loans*
*the 2 mortgage are not mine*
*only 2 on my title*
*should be equity line*
*and Equity loan*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY (Trenton)
Caption in Compliance with D.N.J. LBR 9004-1
2017-1784

Powers Kim, LLC
ecf@powerskim.com
William M. E. Powers III
Angela C. Pattison
728 Marne Highway, Suite 200
Moorestown, NJ 08057
(856) 802-1000
Attorney for Wells Fargo Bank, N.A.

In Re:

Linda Hoffman
aka Linda Hoffman
dba Linda's Kitchen

Case No.: 19-21272-KCF

Chapter: 13

Hearing Date:

Judge: Honorable Kathryn C. Ferguson

## CERTIFICATION IN SUPPORT OF MOTION FOR ORDER VACATING AUTOMATIC STAY AND ALLOWING PROSPECTIVE RELIEF

Talneca Kia Wilson_____, hereby certifies:

1. I am the Vice President Loan Documentation by ___ Wells Fargo Bank, N.A. ("Wells Fargo"),

   and I have knowledge of the facts contained herein.

2. Wells Fargo Bank, N.A. is the holder of a prime equity line of credit and an open-end

   mortgage secured by the real estate owned by Linda A. Hoffman and commonly known as

   103 Gracey Street, Edison, NJ 08817. Said mortgage was recorded on June 30, 2004 in the

   office of the Clerk of Middlesex County in Mortgage Book 9812 at Page 7. Copies of the

   instruments are attached hereto as Exhibit A.

3.  Wells Fargo Bank, N.A. is also the holder of a note and a second mortgage that is also

secured by the real estate owned by Linda A. Hoffman and commonly known as 103 Gracey

Street, Edison, NJ 08817. Said mortgage was recorded on June 8, 2005 in the office of the

Clerk of Middlesex County in Mortgage Book 10674 at Page 834. Copies of the instruments

are attached hereto as Exhibit B.

4.  On May 18, 2011, the debtor failed to make the monthly mortgage payment in relation to the

second mortgage and the loan has remained continuously in default since that time.  A copy

of the foreclosure complaint is attached as Exhibit C.

5.  On June 19, 2014, the movant filed a complaint to commence an action in the Superior Court

of New Jersey, Chancery Division, Middlesex County under docket no. F-025038-14 to

foreclose its mortgage. See Exhibit C.

6.  On February 17, 2016, a final judgment was entered in the foreclosure action in the amount

of $94,341.30 together with interest and taxed costs of suit.  See Exhibit D.

7.  The subject property was scheduled for sheriff's sale on August 24, 2016 by the Sheriff of

Middlesex County, but the sale was adjourned until September 21, 2016 by the Sheriff of

Middlesex County.

8.  On September 20, 2016, Linda A. Hoffman responded by filing a bankruptcy petition in the

United States Bankruptcy Court for the District of New Jersey pursuant to Chapter 13.  This

case was assigned case number 16-27972-KCF.  (Docketed Doc. #1)

9.  The sheriff's sale scheduled for September 21, 2016 was canceled upon notification of the

bankruptcy filing.

10. On September 20, 2016, notice was given that missing documents including a Summary of

Assets/Liabilities and Stat Info, Declaration About An Individuals Scheds, Statement of

2

Financial Affairs For Individuals, Statement of Your Current Monthly Income & Calc of Commitment Period(122C-1), Calculation of Your Disposable Income (122C-2), Ch. 13 Plan and Motions, Schedules A/B,C,D,E/F,G,H,I and J were due by October 4, 2016.  (Docketed Doc. #6)

11. On October 5, 2016, the Bankruptcy Court entered an Order dismissing case number 16-27972-KCF.  (Docketed Doc. #16)

12. A second bankruptcy petition was filed in the United States Bankruptcy Court for the District of New Jersey on November 1, 2016, under the name of Linda A. Hoffman.  This case was filed pursuant to Chapter 13, and assigned case number 16-30956-KCF.

13. On November 1, 2016, notice was given that missing documents including a Summary of Assets/Liabilities and Stat Info, Declaration About An Individuals Scheds, Statement of Financial Affairs For Individuals, Statement of Your Current Monthly Income & Calc of Commitment Period(122C-1), Calculation of Your Disposable Income (122C-2), Ch. 13 Plan and Motions, Schedules A/B,C,D,E/F,G,H,I and J were due by November 15, 2016. (Docketed Doc. #7)

14. On November 16, 2016, debtor filed a motion to extend time to file missing schedules. (Docketed Doc. #15)

15. On November 16, 2016, an Order extending the deadline to file missing schedules until November 23, 2016 was entered.  (Docketed Doc. #16)

16. On November 23, 2016, bankruptcy counsel for debtor filed a motion to extend the automatic stay together with an application for an Order shortening time.  (Docketed Doc. #20 and #21)

17. On November 23, 2016, bankruptcy counsel for debtor filed a motion to extend time to file missing schedules.  (Docketed Doc. #22)

3

18. On November 28, 2016, an Order denying application to shorten time on the motion to extend the automatic stay was entered. (Docketed Doc. #25)

19. On December 8, 2016, an Order denying motion to extend time to file missing schedules was entered. (Docketed Doc. #28)

20. On December 9, 2016, the Standing Chapter 13 Trustee filed a pre confirmation certification stating that debtor had failed to provide a copy of the most recent tax return, copies of sixty days pre-petition pay stubs, a declaration concerning tax returns, declaration concerning pay stubs and plan payments as of the date of the first meeting of creditors. (Docketed Doc. #29)

21. On December 9, 2016, the Bankruptcy Court entered an Order dismissing case number 16-30956-KCF. (Docketed Doc. #30)

22. Pursuant to the dismissal, the movant continued with its efforts to foreclose its mortgage.

23. The subject property was scheduled for sheriff's sale on May 24, 2017 by the Sheriff of Middlesex County.

24. A third bankruptcy petition was filed in the United States Bankruptcy Court for the District of New Jersey, with the assistance of counsel, on May 23, 2017, under the name of Linda A. Hoffman. This case was filed pursuant to Chapter 13, and assigned case number 17-20566-KCF.

25. The sheriff's sale scheduled for May 24, 2017 was canceled upon notification of the bankruptcy filing.

26. On May 23, 2017, notice was given of missing documents including a Summary of Assets/Liabilities and Stat Info, Statement of Financial Affairs For Individuals, Statement of Your Current Monthly Income & Calc of Commitment Period(122C-1), Calculation of Your

4

Disposable Income (122C-2), Ch. 13 Plan and Motions, Schedules A/B,C,G,H,I and J due by

June 6, 2017. (Docketed Doc. #4)

27. On May 24, 2017, a motion to extend the automatic stay was filed together with an

application to shorten time. (Docketed Doc. #5 and #6)

28. On May 25, 2017, an Order shortening time period for notice, setting hearing and limiting

notice was entered. (Docketed Doc. #9)

29. On June 6, 2017, missing documents and a Chapter 13 Plan were filed. (Docketed Doc. #15

and #16)

30. Schedule I reflected that the debtor was employed as a chef/cook at Linda's Kitchen and

debtor has been employed for 21 years. Schedule I also reflects that the non-filing spouse

was employed as a manager at Rite Aid where he had been employed for 5 months.

(Docketed Doc. #15, Page 16, ¶1)

31. Schedule I also reflected that debtor and the non-filing spouse had combined monthly income

of $3,028.91. (Docketed Doc. #15, Page 17, ¶12)

32. Schedule J reflects monthly budgeted expenses of $2,625.12 and a monthly net income of

$403.79. (Docketed Doc. #15, Page 20, ¶22c and ¶23c)

33. Official Form 122C-1 (Chapter 13 Statement of Your Current Monthly Income and

Calculation of Commitment Period) reflected that debtor's gross receipts from operating the

business was $3,500.00 with ordinary and necessary operating expenses of $2,322.50

resulting in net monthly income from the business of $1,177.50. (Docketed Doc. #15, Page

1, ¶5)

34. On June 12, 2017, debtor filed a notice of request for loss mitigation in relation to Wells

Fargo. (Docketed Doc. #20)

35. On June 16, 2017, an Order extending the automatic stay as to all creditors was entered. (Docketed Doc. #21)

36. On June 27, 2017, an Order granting notice of request for loss mitigation was entered. (Docketed Doc. #23)

37. On July 13, 2017, Wells Fargo filed a proof of claim in the amount of $101,774.35, including an amount necessary to cure any default as of the date of the petition of $61,151.96 which is secured by a second mortgage. The proof of claim was identified as Claim #1-1 in the claims registry.

38. On July 14, 2017, Wells Fargo filed a proof of claim in the amount of $107,969.83, including an amount necessary to cure any default as of the date of the petition of $13,498.41 which is secured by a first mortgage. The proof of claim was identified as Claim #2-1 in the claims registry.

39. On July 21, 2017, the Standing Trustee filed an objection to confirmation. (Docketed Doc. #27)

40. On July 21, 2017, Wells Fargo filed an objection to confirmation. The substance of Wells Fargo's objection was that (1) the plan materially under estimated the pre-petition arrears secured by the first mortgage, (2) the plan did not provide for the pre-petition arrears due Wells Fargo in relation to the second mortgage, (3) the plan failed to provide for a cure within a reasonable time, the proposed loan modification constituted an impermissible modification of rights in violation of 11 U.S.C. §1322(b)(2), (4) the reduced payment proposed for the first and second mortgages would contribute to the accumulation of post-petition arrears, (5) the plan was speculative to the extent that it proposed a sale where it was silent as to what efforts were being undertaken to sell the property, (6) the plan failed to

6

demonstrate that the requirement of 11 U.S.C. §363(f) was satisfied, (7) the plan lacked

feasibility, and (8) the debtor was entered in business, however, was not filing monthly

operating reports as required by 11 U.S.C. §704(a)(8). Consequently, the confirmation

requirements of 11 U.S.C. §§1325(a)(1), 1325(a)(3) and 1325(a)(6) had not been satisfied.

(Docketed Doc. #28)

41. On September 5, 2017, Wells Fargo filed an application for early termination of the loss

mitigation period. (Docketed Doc. #34)

42. On September 11, 2017, an Order terminating loss mitigation was entered. (Docketed Doc.

#35)

43. On November 17, 2017, an Order confirming plan was entered. Under the terms of the order,

the debtor was to pay $408.00 per month for the remaining 54 months and debtor was

required to obtain a modification to address the Wells Fargo claims. (Docketed Doc. #41)

44. On April 12, 2018, the Trustee filed a motion to dismiss. (Docketed Doc. #48)

45. On May 4, 2018, debtor filed a modified Chapter 13 Plan in response to the Trustee's motion

to dismiss by extending the period for obtaining a loan modification to November 1, 2018.

The modified plan called for a trustee payment of $400.00 for 6 months, $408.00 per month

for 4 months and $420.00 per month for 50 months. (Docketed Doc. #49)

46. On May 16, 2018, debtor filed a certification in opposition to the Trustee's motion stating

she had modified her Chapter 13 Plan and submitted a loan modification package on May 4,

2018. (Docketed Doc. #53, Page 2, ¶2)

47. On June 14, 2018, Wells Fargo filed an objection to confirmation of the modified plan. The

substance of the objection was that the plan did not provide for the pre-petition claim of

Wells Fargo which had pre-petition arrears due of $61,151.96, debtor was seeking to extend

the time to obtain a loan modification for an additional 6 months for an overall 18 months since the case was filed despite the fact that loss mitigation had terminated effective September 5, 2017, the plan violated 11 U.S.C. §1322(b)(2), it failed to provide adequate protection, it lacked feasibility and it provided for unequal payments. (Docketed Doc. #54)

48. The confirmation hearing was rescheduled from June 27, 2018 to September 12, 2018, November 14, 2018, and December 12, 2018.

49. On October 1, 2018, the movant filed a motion for stay relief based upon a material default in post-petition payments. (Docketed Doc. #55)

50. On October 16, 2018, debtor filed a certification in opposition to the motion for relief stating that debtor had not made payments to Wells Fargo under the mistaken belief that the Trustee was making her payments and asked to capitalize the arrears by rolling them into the plan. (Docketed Doc. #56, Page 2, ¶2)

51. On November 15, 2018, an Order curing arrears and providing for further default was entered that added arrears of $4,579.03 to debtor's plan, required the debtor to resume regular monthly mortgage payments on November 16, 2018, and allowed a 30 day default clause. (Docketed Doc. #59, Page 2, ¶1 - ¶4)

52. On December 12, 2018, debtor filed a second modified Chapter 13 Plan. The debtor proposed a payment of $1,850.00 per month to the Trustee starting January 1, 2019 for approximately 41 months. The treatment of Wells Fargo's claims was to cure arrears on each mortgage. (Docketed Doc. #61)

53. On January 30, 2019, the Standing Trustee filed an objection to debtor's second modified Chapter 13 Plan noting that the proposed treatment did not pay the threshold required for unsecured creditors. (Docketed Doc. #66)

8

54. On April 11, 2019, the Bankruptcy Court entered an Order dismissing case number 17-20566-KCF.  (Docketed Doc. #68)

55. Pursuant to the dismissal, the movant continued with its efforts to foreclose its mortgage.

56. The subject property was scheduled for sheriff's sale on June 5, 2019 by the Sheriff of Middlesex County.

57. A fourth bankruptcy petition was filed in the United States Bankruptcy Court for the District of New Jersey, with the assistance of counsel, on June 4, 2019, under the name of Linda Hoffman dba Linda's Kitchen.  This case was filed pursuant to Chapter 13, and assigned case number 19-21272-KCF.  (Docketed Doc. #1)

58. The June 5, 2019 sheriff's sale was cancelled upon notification of the bankruptcy filing.

59. Review of debtor's Schedule A/B reveals that debtor has scheduled the subject real estate, 103 Gracey Street, Edison, NJ 08817, as a single family home which debtor has valued at $280,000.00.  (Docketed Doc. #1, Page 11, ¶1.1)

60. Schedule A/B also includes a second home, 65 Oak Place, Blakeslee, PA 18610 which debtor has valued at $78,000.00.  (Docketed Doc. #1, Page 12, ¶1.2)

61. Schedule A/B also includes a vehicle valued at $8,000.00, household goods and furnishings valued at $2,600.00 and electronics valued at $525.00, $150.00 in cash and $800.00 in a checking account. (Docketed Doc. #1, Pages 12-14, ¶3.1, ¶6, ¶7, ¶16 and ¶17.1)

62. Schedule D lists Wells Fargo as holding a claim that debtor estimates is $94,287.81 and is secured by a first mortgage on the residence, 103 Gracey Street, Edison, NJ 08817-5106.  (Docketed Doc. #1, Page 20, ¶2.1)

63. Remarkably, Schedule D fails to disclose a second mortgage secured by the residence.

9

64. Schedule E/F indicates that there are no creditors with either priority unsecured or non-priority unsecured claims. (Docketed Doc. #1, Page 21, ¶1 and ¶2)

65. Schedule I indicates that the debtor is employed, but fails to identify the debtor's occupation, employer's name, employer's address and how long debtor has been employed there. Accordingly, the debtor's answer is incomplete and non-responsive to the requirement. (Docketed Doc. #1, Page 24, ¶1)

66. Schedule I indicates that debtor's monthly income is $3,637.00 from operating a business and that the combined monthly income is $3,637.00. Notably, there is no attached statement for each property or business showing gross receipts, ordinary and necessary business expenses and the total monthly net income as required. Thus, this is an example of the debtor providing incomplete information that is non-responsive to the requirement. (Docketed Doc. #1, Page 25, ¶8a and ¶12)

67. Schedule J shows the debtor with a 17-year old daughter as her only dependent. (Docketed Doc. #1, Page 26, ¶2)

68. Schedule J includes monthly budgeted expenses of $3,243.04 which leaves a monthly net income of $393.96. (Docketed Doc. #1, Page 27, ¶22c and ¶23c)

69. Significantly, Schedule J has budgeted at $0.00 additional mortgage payments for the residence despite the fact that Wells Fargo holds two mortgages. (Docketed Doc. #1, Page 26, ¶5)

70. Schedule J also has budgeted taxes at $0.00 despite the fact that there are no payroll deductions for taxes. (Docketed Doc. #1, Page 26, ¶16)

71. Official Form 122C-1 (Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period) reflected that debtor gross receipts from operating the

business is $5,737.52 with ordinary and necessary operating expenses of $2,100.32 resulting

in net monthly income from the business of $3,637.20. (Docketed Doc. #1, Page 40, ¶5)

72. Review of debtors Statement of Financial Affairs ("SOFA") reveals that the debtor has

indicated her marital status as "Married". (Docketed Doc. #1, Page 29, ¶1)

73. The SOFA indicates that debtor had gross income for the calendar year of January 1 to

December 31, 2018 of $26,928.00 from operating a business. (Docketed Doc. #1, Page 29,

¶4)

74. The SOFA fails in include income from employment or from operating a business during the

present year from January 1, 2019 to June 4, 2019 and for the calendar year from January 1,

2017 to December 31, 2017 as required. Thus, this is another example of the debtor

providing incomplete and non-responsive answers. (Docketed Doc. #1, Page 29, ¶4)

75. Comparison of the schedules filed in 17-20566-KCF with the schedules filed in 19-21272-

KCF reveals that debtor's financial condition has deteriorated since case number 17-20566-

KCF in that there no longer is any non-filing spouse income.

76. Comparison of Schedule J in each case reflects that debtor's monthly net income has

declined by approximately -2% despite the fact that combined monthly income increased by

approximately 20% even without the non-filing spouse contributing. See worksheet

comparison attached as Exhibit E.

77. Comparison of Official Form 122C-1 in each case reflects that gross receipts in the business

increased by 64% which translated into a 209% increase in net monthly income reported for

the business. This remarkable result was achieved by reducing ordinary and necessary

expenses approximately -10% despite a tremendous growth in receipts. See Exhibit E.

78. Comparison of the information provided in Schedule I with the average of the income reported in the SOFA reveals that there was a relatively small monthly variance of $178.83 in 17-20566-KCF. This variance widened significantly in the instant case to $1,393.00 indicating that the information debtor has reported in the instant case is at minimum inaccurate, and possibly contrived. See Exhibit E.

79. On June 4, 2019, debtor filed a Chapter 13 Plan that proposes to pay the Chapter 13 Trustee $393.96 per month starting on July 1, 2019 for approximately 60 months. The Plan estimates the arrearage to Wells Fargo is $64,567.58, however, it proposes to pay Wells Fargo only $17,523.60 through the plan. Furthermore, the Plan makes no provision for payment of the arrears on the first mortgage to Wells Fargo. (Docketed Doc. #2)

80. The serial filing, serial filing prior to sheriff's sale, history of failing to file papers and appear in proper prosecution of the case, default in trustee payments, default in post-petition mortgage payments to the mortgagee, along with inaccurate, incomplete or non-responsive disclosures, a clearly infeasible plan and debtor's inability to cure the default warrant stay relief, dismissal of the case with prejudice and the award of prospective in rem relief from the automatic stay as to this asset.

81. I certify the aforesaid statements to be true. I am aware that if the aforesaid statements are willfully false, I am subject to punishment.

Talneca Kia Wilson
Vice President Loan Documentation
Wells Fargo Bank, N.A.
06/19/2019

12