| | |
|---|---|
| FOR FILING: | Clerk Bankruptcy Court Clerk's Office<br>Clarkson S. Fisher U.S. Courthouse<br>402 East State Street Trenton New Jersey 08608 |
| SENT: | **VIA FIRST CLASS U.S. MAIL** |
| FROM: | Linda Hoffman, Defendant<br>103 Gracey Street Edison New Jersey 08817<br>(732) 236-0186 Phone<br>Siegel51@Yahoo.com |
| DATE: | October 16, 2025 |
| SUBJECT: | Case Number: 25-12839-MBK<br>Linda Hoffman / Chapter 13 SSN / ITIN: xxx-xx-5856 |

**FILED**
JEANNE A. NAUGHTON, CLERK
OCT 20 2025
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY_____DEPUTY

Dear Sir/Madame:

I am Linda Hoffman, in the above caption matter. Please allow this letter to further support my Objection towards fake claims of Wells Fargo, and to inform this Court of following facts the matters stated by Linda Hoffman are of public records and can be taken upon a request of Judicial Notice that will confirm the false mortgage claims against me by Wells Fargo and their debt collectors Logs Legal Group and Brock & Scott.

I have recently learned after meeting with the Middlesex County Clerk; (the Clerk) went over my lien search with me and (the Clerk) informed me that: Wells Fargo never received or recorded any assignment of my 2004 equity line of credit with Wachovia Bank or my 2005 equity loan with Wachovia Bank. This fact is matter of public records and is not reasonably disputable. Upon information and belief, Judicial notice is a **legal principle allowing a court to accept certain facts as true without formal proof**. Therefore, I Linda Hoffman am requesting that this Court in its discretion, take judicial **notice** of the truth of that fact; that Wells Fago has no legal rights to any claims on my property, including the use of fake mortgages in a (foreclosure action) where Wells Fargo Bank presented supporting material to a Judge to obtained false judgements against me, resulting my loans for all these years never being credited; which caused money binging extorted from me by Wells Fargo Bank.

Respectfully submitted,

*Linda Hoffman, Defendant*
Linda Hoffman, Defendant

cc; Logs Legal Group and Brock & Scott, via first class U.S.

Linda Hoffman, Defendant
103 Gracey Street
Edison New Jersey 08817

Clerk Bankruptcy Court Clerk's Office
Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton New Jersey 08608